UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| DAVID H.,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:23-cv-00072<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and the case is remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 29th day of March, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge